UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA LAURAINE McCULLOUGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O' MALLEY, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 5:23-cv-1914-SB (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed herein.  The Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge. *See also Haseeb v. Berryhill*, 691 Fed. Appx. 391, 393 (9th Cir. 2017) (unpublished) (pending request for extension of time from Appeals Council did not change 60-day deadline and subsequent denial did not restart the 60-day clock).

/ / /

/ / /

1

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice as untimely under 42 U.S.C. § 405(g).

DATED: August 7, 2024



STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE