JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA LAURAINE McCULLOUGH, | Case No. 5:23-cv-1914-SB (DTB) |
| Plaintiff, | **J U D G M E N T** |
| v. | |
| MARTIN O' MALLEY, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice as untimely under 42 U.S.C. § 405(g).

DATED: August 7, 2024

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

1